United States District Court
Middle District of Florida
Jacksonville Division

**PATRICIA FORTES,**

    Plaintiff,

v.                                                                                                              No. 3:24-CV-894-LLL

**PROGRESSIVE EXPRESS INSURANCE COMPANY,**

    Defendant.
_____

### Order[1] of Dismissal

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice. Doc. 22.

It is **ordered**:

1. The Joint Stipulation for Dismissal with Prejudice, doc. 22, is **granted;**

2. Under Fed. R. Civ. P. 41, this action is dismissed with prejudice, with each party to bear its own fees and costs; and

3. The Clerk of the Court is directed to **terminate** all pending motions and **close** this case.

---

[1] The parties stipulated to the jurisdiction of a United States Magistrate Judge. Docs. 13, 14.

**Ordered** in Jacksonville, Florida, on April 23, 2025.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Paul Palasz, Esquire
Steven L. Worley, Esquire
Melanie A. Lehmann, Esquire